# IN THE SUPREME COURT OF THE STATE OF NEVADA

SUSAN HOY, AS GUARDIAN AD LITEM FOR AZRAEL HARRISON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE LINDA MARIE BELL,
Respondents,
   and
FLOWER MARIE CASTELLON; AND FLOR CABRERA, A/K/A FLOR OLVERA,
Real Parties in Interest.

No. 83850

**FILED**

DEC 28 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY____S. Young____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or, in the alternative, prohibition, challenges district court orders denying a motion to voluntarily dismiss claims against a defaulted party and a motion for a new trial, as well as the jury verdict form used by the district court.

Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a

21-36774

writ petition). Once the district court enters a final judgment, petitioner may appeal, and an appeal is generally an adequate and speedy legal remedy that precludes writ relief. *See* NRS 34.170; NRS 34.330; *Pan*, 120 Nev. at 224, 88 P.3d at 841. We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Linda Marie Bell, Chief Judge
H&P Law, PLLC
Claggett & Sykes Law Firm
Holley Driggs/Reno
Baker Donelson Bearman Caldwell & Berkowitz, PC/Atlanta
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Chattah Law Group
Eighth District Court Clerk

---

[1]We grant petitioner's motion to exceed the NRAP 21(d) word limit. The petition was filed on December 2, 2021. In light of this order, petitioner's emergency motion for stay is denied as moot.